Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDIO SOTOMAYOR,

                Plaintiff,

      v.

CYNTHIA MUNITA, *et al.*,

                Defendants.

CASE NO.  2:21-cv-232-RAJ

STIPULATED MOTION AND
ORDER TO REMAND

      Plaintiff Claudio Sotomayor and Defendants stipulate and move under Local Civil

Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration

Services ("USCIS") for prompt adjudication of Plaintiff's N-400 Application within

fifteen days after entry of this order.  USCIS further represents, based on the information

currently available to it, that it intends to approve Plaintiff's N-400 Application.  The

parties therefore believe that a remand to USCIS will allow for the most expeditious

resolution of this matter.

      Accordingly, the parties stipulate that this case is dismissed without prejudice with

leave to refile if necessary, and is remanded to USCIS for the purpose of adjudicating

Plaintiff's N-400 Application for Naturalization within fifteen days after entry of this

STIPULATED MOTION AND ORDER TO REMAND - 1
C21-232 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Court's order on this stipulated motion.  USCIS further agrees to administer the

2
     Naturalization Oath of Allegiance to Plaintiff within seven days after approval of his N-
3
4    400 Application.  In addition, each party agrees to bear their own attorneys' fees and

5    costs.

6    DATED this 22nd day of April, 2021.
7

8    GIBBS HOUSTON PAUW                        TESSA M. GORMAN
9                                              Acting United States Attorney

10   */s/ Robert Gibbs*
     Robert Gibbs, WSBA#5932                   */s/Michelle R. Lambert*
11   1000 Second Avenue, Suite 1600            Michelle R. Lambert, NYS#4666657
12   Seattle, WA 98104                         Assistant United States Attorney
     Phone: (206) 682-1080                     United States Attorney's Office
13   Fax: (206) 689-2270                       1201 Pacific Avenue, Ste. 700
14   Email: rgibbs@ghp-law.net                 Tacoma, Washington 98402
                                               Phone: (253) 428-3824
15   *Attorneys for Plaintiff*                 Fax: (253) 428-3826
16                                             Email: michelle.lambert@usdoj.gov

17                                             *Attorneys for Defendants*
18
19
20
21          IT IS SO ORDERED.

22          DATED this 23rd day April, 2021.
23

24
25

26   The Honorable Richard A. Jones
     United States District Judge
27

28